UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 24, 2022       **Time:** 13 minutes       **Judge:** WILLIAM H. ORRICK
                               2:07 p.m. to 2:20 p.m.

**Case No.:** 21-cr-00290-WHO-1    **Case Name:** UNITED STATES v. Houston

**Attorney for Plaintiff:**   Joseph Tartatovsky
**Attorney for Defendant:**   David Rizk
                              Defendant **Darnell Houston** – present, on bond

**Deputy Clerk:** Jean Davis                **Reported by:** Debra Pas
**Interpreter:** n/a                        **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference and hearing on defendant's motion to defer sentencing. Government and defense counsel heard as to the motion to defer. The Court reviews some of the key factors considered in whether deferred sentencing is appropriate. Mr. Houston is heard on his own behalf.

 **Sentencing set for March 30, 2023 at 1:30 p.m.**


**CASE CONTINUED TO:  June 23, 2022 at 1:30 p.m. for Status Conference**